IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 3:11-cr-0019 |
| | ) | |
| -v- | ) | |
| | ) | ORDER |
| BRANDON DEVAUL MCDANIEL | ) | |

This matter comes before the Court on Motion of the government to vacate the Bench Warrant issued in this case on January 4, 2011.

For good cause having been shown, it is ordered that the Bench Warrant issued for Brandon Devaul McDaniel be vacated.

IT IS SO ORDERED.

Joseph R. McCrorey
United States Magistrate Judge

January 14, 2011
Columbia, South Carolina